Levin x4948
TLF
AO 91 (Rev. 11/11) Criminal Complaint

___ ✓ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

11:48 am, Sep 26 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:23-mj-02494-BAH |
| FREDERICK DOUGLASS MOOREFIELD, JR. a/k/a "GEEHAD KENNELS", | ) | 1:23-mj-02495-BAH |
| MARIO DAMON FLYTHE a/k/a "RAZOR SHARP KENNELS" | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Nov. 22, 2018 - Sept. 6, 2023__ in the county of __Anne Arundel__ in the District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 7 U.S.C. § 2156(b), (c); 18 U.S.C. §§ 49(a), 371, and 1952 | Buying, selling, delivering, possessing, training, or transporting animals for participation in an animal fighting venture; Use of postal service or other interstate instrumentality for promoting or furthering an animal fighting venture; Conspiracy to sponsor or exhibit an animal in an animal fighting venture; and Interstate and foreign travel or transportation in aid of racketeering enterprises |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Ryan C. Daly, Special Agent
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: September 21, 2023

_____
Judge's signature

City and state: Baltimore, Maryland

Brendan A. Hurson, United States Magistrate Judge
Printed name and title