Levin x4948

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:24 pm, Oct 03 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

United States of America
v.
FREDERICK DOUGLASS MOOREFIELD, JR. a/k/a "GEEHAD KENNELS",
MARIO DAMON FLYTHE a/k/a "RAZOR SHARP KENNELS"

)
)
)
)
)
)

Case No.  1:23-mj-02494-BAH

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   FREDERICK DOUGLASS MOOREFIELD, JR.                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violations of 7 U.S.C. § 2156(b) and 18 U.S.C. § 49(a) (Buying, Selling, Delivering, Possessing, Training, or Transporting Animals for Participation in an Animal Fighting Venture); 7 U.S.C. § 2156(c) and 18 U.S.C. § 49(a) (Use of Postal Service or Other Interstate Instrumentality for Promoting or Furthering an Animal Fighting Venture); 18 U.S.C. § 371 (Conspiracy to Sponsor or Exhibit an Animal in an Animal Fighting Venture); and 18 U.S.C. § 1952 (Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises).

Date: September 21, 2023

_____
*Issuing officer's signature*

City and state:   Baltimore, Maryland

Brendan A. Hurson, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  9-21-23  , and the person was arrested on *(date)*  9-28-23
at *(city and state)*  Baltimore, MD  .

Date:  10-3-23

_____
*Arresting officer's signature*

Willis Drowen Special Agent
*Printed name and title*