IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO.: 1:23-CR-00354-RDB |
| | * | |
| FREDERICK DOUGLASS MOOREFIELD, JR. and MARIO DAMON FLYTHE | * | |
| | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT:

Please enter my appearance as counsel of record in this case for Defendant Mario Damon Flythe. I certify that I am eligible to practice in this court.

Respectfully submitted,

Dated: October 4, 2023

/s/James Tuomey
James Tuomey, Esquire, #28395
**MCNAMEE HOSEA, P.A.**
888 Bestgate Road, Suite 402
Annapolis, MD 21401
Phone: 410.266.9909
Fax:    410.266.8425
jtuomey@mhlawyers.com
*Attorneys for Defendant Flythe*