

FILED _____ ENTERED
LOGGED _____ RECEIVED

NOV - 8 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

11/06/2024

Judge Richard D. Bennett,

I am writing this letter on behalf of my father, Frederick D. Moorefield (DOB:11/06/1960), a man who has been a steadfast and loving figure in my life. I believe that no one should be defined by their mistakes alone, and I would like to take this opportunity to share the many positive qualities and actions that my father has exhibited throughout his life. While he has faced challenges and made mistakes, I firmly believe that the totality of his character speaks volumes about the kind of person he truly is.

First and foremost, my father has been an exceptional father and family man. He has always placed the needs of his family above his own, working tirelessly to provide for us and ensure that we had the opportunities to succeed. Throughout my life, he has been my biggest supporter, offering advice, guidance, and encouragement every step of the way. Without his help and wisdom, I would not be where I am today in my career. Thanks to his unwavering belief in me, I am now employed as a government worker, a position that provides stability and purpose for my future. My father helped lay the foundation for my success, not only by giving me the practical support I needed but also by instilling in me the values of hard work, integrity, and perseverance.

My father's actions have never gone unnoticed by those who truly know him. Beyond the mistakes he has made, his good deeds, kindness, and dedication to his family and community continue to be the core of who he is. His legacy of support, love, and strength has shaped not only my life but also the lives of those around him. His commitment to his family has always been unwavering, and the sacrifices he has made to ensure our well-being and success are too many to list.

In acknowledging his mistakes, my father has shown incredible strength and humility. He has taken full responsibility for his actions and has worked hard to grow from them. Acknowledging one's mistakes is not easy, but it is the first crucial step toward healing and change. My father has shown remorse, sought forgiveness, and committed himself to making amends. This willingness to face his flaws with honesty is a testament to his character and his desire to be a better man.

I believe that all people deserve forgiveness, and I ask that you see my father as the full, complex person he is, rather than focusing solely on past missteps. In the Bible, we are reminded in Matthew 18:21-22 that we are to forgive "seventy times seven" times—an encouragement to show boundless compassion, understanding, and grace. Just as God

offers forgiveness to all who repent, I believe my father's acknowledgment of his past actions and his commitment to change deserve a chance for forgiveness as well.

My father has contributed far more to the world than any one mistake could define. I hope that you will consider the entirety of his life, his work, and his growth as you assess his character and future. I know that with continued support, my father will continue to be the loving and dedicated man he has always been.

Thank you for your time and consideration.

Sincerely,

Brittany Owens