Dear Judge Bennett,

FILED _____ ENTERED
LOGGED _____ RECEIVED

DEC 03 2024
CLERK U.S. DISTRICT COURT
BY_____ DEPUTY

I am writing to you in hopes that you will consider the impact my father, Frederick Moorefield, has had on my life and the kind of person he truly is as you deliberate on his case. My father has always been there for me - he is my rock, my biggest cheerleader, and the one person I turn to when I need guidance or comfort.

Since I was a little girl, I have looked up to him with admiration, always striving to be as successful and compassionate as he is. Throughout my undergraduate and graduate studies, it was my father who kept me motivated, encouraged me to push through my toughest moments, and reminded me of my worth. There were countless times when I felt overwhelmed or uncertain about the future, and my father was always there to talk me through it, offer perspective, and help me regain my confidence. Even as an adult, I still talk to him almost daily, whether it's to share my thoughts or simply to vent about life.

He is not only my father but my closest friend, and I know that I am not alone in seeing him as someone who is kind hearted, selfless, and caring. He is a man who would do anything to help those he loves, and he has never been the type to act out of malice or selfishness. While we rarely speak of the charges he faces, I can tell from his words and actions that he deeply regrets what has happened and feels an overwhelming sense of remorse for the mistakes he

Dear Judge Bennett

has made. The person being accused of this crime is not the father I know, and I truly believe that the mistakes he has made do not define him. He has been a constant source of support in my life, and I know he would continue to be there for me, and for others, if given the opportunity.

I kindly ask you to consider all that my father has done for me and all that he has accomplished, and to grant him the leniency he deserves as you determine his sentencing. I know he is a good man, who has learned from his mistakes and is determined to continue being a positive presence in the lives of those he loves.

Thank you for taking the time to read my letter, and for considering my request.

Sincerely,
Jayda Moorefield